# UNITED STATES DISTRICT COURT
## District of Minnesota

Antonio Vasquez Hernandez,

Petitioner,

v.

Pamela Bondi, Daren K. Margolin, Executive Office for Immigration Review, Markwayne Mullin, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-889 SHL/DTS

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

In light of the information provided in [7] Status Update, the Clerk of Court is directed to enter judgment in favor of Petitioner and close this case.

Date: 3/25/2026

KATE M. FOGARTY, CLERK